Electronically Filed - City of St. Louis - December 26, 2017 - 11:38 AM

**1722-CC12020**

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

LATERRYL SADDLER,                         )
                                          )
          Plaintiff,                      )          Case No.:
                                          )
vs.                                       )          Division No.:
                                          )
PNC BANK, N.A.,                           )
                                          )
          Defendant.                      )

SERVE: 7801 Forsyth Blvd.
          Clayton, Mo 63105

## PETITION FOR DECLARATORY JUDGMENT

COMES NOW Plaintiff and for the Plaintiff's cause of action against Defendant

states as follows:

1.    Plaintiff is a person residing in St. Louis County, Missouri.

2.    Defendant is a corporation authorized to do business in the State of Missouri.

The claim pleaded herein arises in the City of St. Louis.  This Court has jurisdiction of

this action by reason of §§ 527.010 et seq., RSMo.

3.    On or about July, 1998 Plaintiff entered into a Deed of Trust and note with

Allegiant Bank for the purchase of certain real property described as follows:

LOT 20 OF HAMILTON PLACE AND IN BLOCK 4542 OF THE CITY OF
ST. LOUIS, FRONTING 166 FEET 5 INCHES ON THE SOUTH  LINE  OF
ENRIGHT AVENUE, BY A DEPTH SOUTHWARDLY ON THE EAST LINE
OF 177 FEET 6 INCHES AND ON   THE WEST LINE OF  202 FEET  8 1/8
INCHES TO AN ALLEY; BOUNDED WEST BY HODIAMONT AVENUE,
EXCEPTING THEREFROM THE SOUTHERN 5 FEET CONVEYED TO THE
LAND CLEARANCE FOR DEVELOPMENT AUTHORITY OF THE CITY OF
ST. LOUIS BY DEED RECORDED IN BOOK 8778 PAGE 71.
The Real Property or its address is commonly known as 730 HODIAMONT A/K/A 6020
ENRIGHT, ST. LOUIS, MO 63112.

1

**EXHIBIT "A"**

Electronically Filed - City of St. Louis - December 26, 2017 - 11:38 AM

Among other things, the deed of trust secured a principal amount of $96,000 payable in 35 principal payments of $800.00 each, one final principal and interest payment of $68,585.56.  (Exhibit A)

4.    Plaintiff's loan has been assigned to several different financial institutions over the life of the note without Plaintiff's consent and has for the past several years been serviced by Defendant PNC Bank.

5.    With each assignment the principal has appreciated without explanation although Plaintiff has duly made her payments.  Plaintiff has requested that Defendant provide her an accounting of her payments, an explanation of the appreciation of her loan and copies of record chain of title; however Defendant has failed and refused to do so.

6.    On October 17, 2017 PNC Bank notified Plaintiff that it was calling in her loan and that the principal had risen to $157,255.78.  (Exhibit B).

7.    On information and belief, Defendant has failed to properly credit Plaintiff's payments against her loan and Defendant does not possess record chain of title to call in Plaintiff's loan.

8.    A real and subsisting controversy exists between the parties hereto concerning the construction of the Deed of Trust, the note, payments made toward the principal and whether Defendant possesses a valid transferable interest that would posit necessary authority to call the Plaintiff's loan and foreclose thereon.

9.    Plaintiff has no adequate alternative remedy.

WHEREFORE, Plaintiff prays that this court enter its declaratory judgment construing the provisions of the Deed of Trust and note as well as the record chain of title and require Defendant to account for all payments paid by Plaintiff from the inception of

Electronically Filed - City of St. Louis - December 26, 2017 - 11:38 AM

the note; declaring that defendant has failed to properly credit all of Plaintiff's payments and that Defendant lacks valid record chain of title and therefore is wrongfully calling in Plaintiff's loan; an order staying any action by Defendant to foreclose until this cause is determined and for such other relief as the Court shall find just and proper, together with the costs of this action.

Respectfully submitted:

/s/Charles E. Kirksey, Jr.

CHARLES E. KIRKSEY, JR.  Mo. Bar #24792
ATTORNEY FOR DEFENDANT
7382 Pershing Ave., 1 West
University City, Mo. 63130
(314)863-5001  Fax (314)863-5007
charlesekirksey@cs.com

**CERTIFICATE OF SERVICE**: I hereby certify that a true and accurate copy of the foregoing was filed electronically via the Court's e-filing system on this    day of December, 2017 to:  All counsel of record.

By:  /s/ C. Kirksey