UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LATERRYL SADDLER and | ) | |
| SADDLER RESIDENTIAL CARE | ) | |
| FACILITY, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:18 CV 192 RWS |
| | ) | |
| PNC BANK, N.A., | ) | |
| | ) | |
| Defendant, | ) | |

## <u>JUDGMENT</u>

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that**

Defendant PNC Bank, N.A. shall have summary judgment as to the declaratory

judgment sought by Plaintiffs Saddler Residential Care Facility and Laterryl

Saddler and that the claims of Plaintiffs Saddler Residential Care Facility and

Laterryl Saddler are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that**

Defendant PNC Bank, N.A. shall have summary judgment as to Count I (breach of

note) of its counterclaim against Plaintiff Saddler Residential Care Facility and as

to Count II (breach of guaranty) of its counterclaim against Plaintiff Laterryl

Saddler in the amount of $180,567.96 with interest accruing from February 16,

2019.


RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of June, 2019.